AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 23, 2026**

SEAN F. McAVOY, CLERK

PRAVEEN KEVIN KHURANA )
*Appellant* )
v. ) Civil Action No. 2:25-CV-0375-TOR
)
)
AUTO OWNERS INSURANCE )
*Appellee*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:    This case is DISMISSED as duplicative of the case at 2:25-CV-0374-TOR.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    THOMAS O. RICE

Date:  1/23/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*